# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ohlson, Kevin A. | U.S. Court of Appeals for the Armed Forces | 04/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Court of Appeals for the Armed Forces
450 E Street, NW
Washington, DC

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ohlson, Kevin A. | 04/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▇▇▇▇▇ M.D., P.C. (salary) |
| 2. 2017 | INOVA Fairfax Hospital |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | GreenSky LLC | 0% financing for home window replacement by Andersen Windows | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ohlson, Kevin A. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Money Market Account | A | Int./Div. | J | T | | | | | |
| 2. Fidelity International Discovery Fund | A | Dividend | K | T | | | | | |
| 3. Fidelity Diversified International Fund | A | Dividend | K | T | | | | | |
| 4. Fidelity International Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 5. Fidelity Extended Market Index Fund | B | Dividend | L | T | | | | | |
| 6. Fidelity 500 Index Fund | B | Dividend | L | T | | | | | |
| 7. Fidelity Equity Dividend Income Fund | A | Dividend | L | T | | | | | |
| 8. Fidelity Fund | B | Dividend | L | T | | | | | |
| 9. Fidelity Growth Company Fund | C | Dividend | M | T | | | | | |
| 10. Fidelity Puritan Fund | B | Dividend | | | Sold | 12/18/17 | L | B | NA |
| 11. Fidelity Value Fund | C | Dividend | L | T | | | | | |
| 12. Vanguard Health Care Fund (Educational IRA -I) | A | Dividend | J | T | | | | | |
| 13. Vanguard Health Care Fund (Educational IRA - II) | A | Dividend | J | T | | | | | |
| 14. Vanguard Long-Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 15. Virginia Educational Savings Trust Plan (I) - Potomac Fund | B | Dividend | M | T | | | | | |
| 16. Virginia Educational Savings Trust Plan (II) - Potomac Fund | B | Dividend | M | T | | | | | |
| 17. Fidelity Asset Manager (Sep IRA) 40% Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Tax-Exempt Money Market Fund | B | Dividend | L | T | | | | | |
| 19. Vanguard Star Portfolio Fund | C | Dividend | L | T | | | | | |
| 20. Vanguard Intermediate Term Tax-Exempt Bond Fund | D | Dividend | M | T | | | | | |
| 21. Vanguard Tax-Managed Capital Appreciation Fund | B | Dividend | M | T | | | | | |
| 22. Vanguard Windsor II Fund (IRA) | A | Dividend | L | T | | | | | |
| 23. Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 24. Vanguard Long-Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 25. Fidelity Destiny II Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 26. Vanguard Total Bond Market Index Fund (IRA) | E | Dividend | L | T | | | | | |
| 27. Vanguard Total International Stock Inde Fund (IRA) | B | Dividend | M | T | | | | | |
| 28. Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |
| 29. Savings Bank Life Insurance policy ("SBLI" Whole Life) | A | Int./Div. | J | T | | | | | |
| 30. Bank of America (Checking) | A | Int./Div. | K | T | | | | | |
| 31. Fidelity Small Cap Discovery Fund | B | Dividend | L | T | | | | | |
| 32. Janus Triton Fund Class T Shares | B | Dividend | L | T | | | | | |
| 33. Tocqueville Select Fund | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ohlson, Kevin A. | 04/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My previous report listed the "Spartan 500 Index Fund" and the "Spartan Extended Market Index Fund." Fidelity has now changed the names of these funds to the "Fidelity 500 Index Fund" and the "Fidelity Extended Market Index Fund." I have made this name change on this report. These are the identical funds as last year -- just different names.

I sold the entirety of my Fidelity Puritan Fund. The reason the proceeeds of this sale are not reflected in new purchases of mutual funds or in an increase in my bank account is because these proceeds were used for a major home remodeling project.

| Name of Person Reporting | Date of Report |
|---|---|
| Ohlson, Kevin A. | 04/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin A. Ohlson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544